UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TIMOTHY NELSON,                )
                               )
            Plaintiff,         )
                               )
       v.                      )     No. 4:05-CV-655-HEA
                               )
LINDA MEADE,                   )
                               )
            Defendant.         )

### OPINION AND ORDER OF DISMISSAL
### PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Dated this 30th day of June, 2005.

_____
**UNITED STATES DISTRICT JUDGE**